**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 South Seventh St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRIC OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>JOHNSIE NELSON,<br>ESMERELDA SAVSEDO-LEON<br><br>Defendants. | CASE NO.: 2:17-cr-310-RFB-VCF<br><br>ORDER ON<br>**STIPULATION TO MODIFY PRETRIAL SERVICE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through STEVEN W. MYHRE, ESQ. United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorneys, and Defendant, JOHNSIE NELSON, by and through her attorney, RICHARD E. TANASI, ESQ. of Tanasi Law Offices, to modify pretrial service conditions to allow JOHNSIE NELSON to move to a new address that is pre-approved by the U.S. Pretrial Services Office.

DATED this 15th day of November, 2017.

/s/ | /s/
--- | ---
SUSAN CUSHMAN | RICHARD E. TANASI
Assistant United States Attorney | Counsel for Defendant Nelson

IT IS SO ORDERED.

DATED: November 15, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE