**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00310-RFB-VCF |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| JOHNSIE NELSON, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Susan Cushman, United States Attorney, JOHNSIE NELSON, by and through her attorney, Richard E. Tanasi, Esq., that the **<u>Sentencing Hearing</u>** in the above-captioned matter, now scheduled for **July 19, 2018**, at the hour of 10:00 a.m., be vacated and continued to a time convenient for the Court after **October 8, 2018**.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. The parties need more time to prepare for sentencing, specifically in that Defendant needs time to gather 18 USC 3553 related materials. Additionally, counsel for the Defendant has two State capital cases set for September (<u>State v. Brown</u> and <u>State v. Daniels</u>). <u>State v. Brown</u> is older and likely to go forward.

- 1-

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

2. Ms. Nelson is out of custody and does not object to this continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after **October 8, 2018.**

DATED this 21st day of June, 2018.

U.S. ATTORNEY'S OFFICE

/s/
SUSAN CUSHMAN
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Attorney for the UNITED STATES

TANASI LAW OFFICES


/s/
RICHARD E. TANASI, ESQ.
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Attorney for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00310-RFB-VCF |
| *Plaintiff,* | **ORDER ON STIPULATION** |
| v. | |
| JOHNSIE NELSON, | |
| *Defendant.* | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **July 19, 2018**, at the hour of 10:00 a.m., be vacated and continued to Thursday, October 11, 2018 at 2:00 PM.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 22, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of June, 2018, the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274